# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1614
_____

KENDRICK WASHINGTON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

May 7, 2025

PER CURIAM.

DISMISSED. *See Griffin v. State*, 385 So. 3d 1128, 1129 (Fla. 1st DCA 2024) ("The circuit court dismissed without prejudice Appellant's motion to correct illegal sentence. Because such an order is not a final, appealable order, this cause is dismissed for lack of jurisdiction.").

NORDBY, TANENBAUM, and LONG, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____


Kendrick Washington, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.